UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Gregory Perez § Case No. 15-28793
§
　　　　Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Cindy M. Johnson, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　　　219 S. Dearborn Street
　　　　　　　　Chicago, IL  60604
Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 05/12/2017 in Courtroom ,
　　　　　　　　Second Floor
　　　　　　　　Joliet City Hall Building
　　　　　　　　150 West Jefferson Street
　　　　　　　　Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/14/2017　　　　　　　　By: /s/ Cindy M. Johnson
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee


*Cindy M. Johnson*
*140 S. Dearborn St.*
*Suite 1510*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                §
                      §
Gregory Perez         §        Case No. 15-28793
                      §
         Debtor       §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 3,826.69 |
| and approved disbursements of | $ | 120.79 |
| leaving a balance on hand of[1] | $ | 3,705.90 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Cindy M. Johnson | $ 655.53 | $ 0.00 | $ 655.53 |
| Trustee Expenses: Cindy M. Johnson | $ 1.84 | $ 0.00 | $ 1.84 |

Total to be paid for chapter 7 administrative expenses         $          657.37
Remaining Balance                                              $        3,048.53

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,464.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Canals & Trails Credit Union | $ 4,545.06 | $ 0.00 | $ 731.04 |
| 4 | Canals & Trails Credit Union | $ 5,001.97 | $ 0.00 | $ 804.53 |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | $ 1,369.22 | $ 0.00 | $ 220.23 |
| 7 | Dr. Ahsan & Assoc. | $ 425.00 | $ 0.00 | $ 68.36 |
| 8 | Sher Ahsan Niazi Md | $ 123.20 | $ 0.00 | $ 19.81 |

Total to be paid to timely general unsecured creditors      $      1,843.97

Remaining Balance      $      1,204.56

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Cindy M. Johnson
Chapter 7 Trustee

*Cindy M. Johnson*
*140 S. Dearborn St.*
*Suite 1510*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 15-28793-PSH
Gregory Perez                                                           Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: arodarte    Page 1 of 1    Date Rcvd: Apr 17, 2017
                     Form ID: pdf006    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2017.
```
db          +Gregory Perez,    3004 Prairie Path Lane,    Joliet, IL 60436-9736
23632320    +Canals & Trails Credit Union,    201 East 9th St.,    Lockport, IL 60441-3475
23632319    +Canals & Trails Credit Union,    Arnold Landis, Atty at Law,    77 W Washington St Suite 702,
              Chicago, IL 60602-3267
24704196    +Dr. Ahsan & Assoc.,    c/o Collection Professionals Inc.,    723 First St.,
              LaSalle, IL 61301-2535
24704197    +Sher Ahsan Niazi MD,    c/o Collection Professionals Inc.,    723 First St.,
              LaSalle, IL 61301-2535
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
24643827      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2017 00:30:33
               PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
```
                                                                                                                                      TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2017 at the address(es) listed below:
```
          Andrew J Nelson    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS, INC.
           anelson@atty-pierce.com, northerndistrict@atty-pierce.com
          Arnold H. Landis    on behalf of Creditor    Canals & Trails Credit Union
           arnoldlandis1@ameritech.net,
           jglandislaw@yahoo.com;cle@ameritech.net;skarova@ameritech.net;bryanthompson@ameritech.net;skarova
           @landislaw.net;bthompson@landislaw.net;cle@landislaw.net;alandis@landislaw.net
          Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
          Cindy M. Johnson    on behalf of Trustee Cindy M. Johnson cmjtrustee@jnlegal.net,
           cjohnson@ecf.epiqsystems.com
          Eric A Mitchell    on behalf of Debtor 1 Gregory  Perez tbell@mlawgroup.net,
           attorneymitchell@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ronald J. Kapustka    on behalf of Creditor    Meadow View Terrace Condominium Association
           ndaily@ksnlaw.com, bankruptcy@ksnlaw.com
          Yanick  Polycarpe    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS, INC.
           ypolycarpe@atty-pierce.com, northerndistrict@atty-pierce.com
```
                                                                                                                                                               TOTAL: 8