UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re: §
§
Gregory Perez § Case No. 15-28793
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Cindy M. Johnson, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 308,307.88                    Assets Exempt: 15,739.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 1,843.97      Claims Discharged
                                                Without Payment: 356,828.87

Total Expenses of Administration: 778.16

---

3) Total gross receipts of $ 3,826.69 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,204.56 (see **Exhibit 2**), yielded net receipts of $ 2,622.13 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 341,079.39 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 778.16 | 778.16 | 778.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 23,830.00 | 29,048.27 | 29,048.27 | 1,843.97 |
| **TOTAL DISBURSEMENTS** | $ 364,909.39 | $ 29,826.43 | $ 29,826.43 | $ 2,622.13 |

4) This case was originally filed under chapter 7 on 08/24/2015 . The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/12/2018                By:/s/Cindy M. Johnson, Trustee
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Canals & Trails Credit Union Savings Account | 1129-000 | 236.21 |
| Anticipated Tax Refund For 2015 Tax Year | 1224-000 | 3,346.00 |
| IL Tax Refund 2015 | 1224-000 | 244.48 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,826.69** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Perez, Gregory | Non-Estate Funds Paid to Third Parties | 8500-002 | 1,204.56 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,204.56** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial PO Box 380901 Minneapolis, MN 55438 | | 30,114.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Meadow View Terrace c/o Nemanich Consulting & Managment 2756 Caton Farm Rd Joliet, IL 60435 | | 5,000.00 | NA | NA | 0.00 |
| | Residential Credit Solutions PO Box 163349 Fort Worth, TX 76161 | | 143,471.39 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage PO Box 10335 Des Moines, IA 50306 | | 162,494.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 341,079.39** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cindy M. Johnson | 2100-000 | NA | 655.53 | 655.53 | 655.53 |
| Cindy M. Johnson | 2200-001 | NA | 1.84 | 1.84 | 1.84 |
| International Sureties, Ltd. | 2300-000 | NA | 0.79 | 0.79 | 0.79 |
| Bank of Kansas City | 2600-000 | NA | 110.00 | 110.00 | 110.00 |
| BOK Financial | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 778.16** | **$ 778.16** | **$ 778.16** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One PO Box 5253 Carol Stream, IL 60197 | | 1,954.00 | NA | NA | 0.00 |
| | City of Crest Hill 1610 Plainfield Road Crest Hill, IL 60403 | | 1,500.00 | NA | NA | 0.00 |
| | ComEd PO Box 6111 Carol Stream, IL 60197 | | 250.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Nicor Gas P.O. Box 190 Aurora, IL 60507 |  | 500.00 | NA | NA | 0.00 |
|  | SYNCB c/o PO Box 965036 Orlando, FL 32896 |  | 1,925.00 | NA | NA | 0.00 |
| 1 | Canals & Trails Credit Union | 7100-000 | NA | 13,346.17 | 13,346.17 | 0.00 |
| 2 | Canals & Trails Credit Union | 7100-000 | NA | 4,237.65 | 4,237.65 | 0.00 |
| 3 | Canals & Trails Credit Union | 7100-000 | 4,407.00 | 4,545.06 | 4,545.06 | 731.04 |
| 4 | Canals & Trails Credit Union | 7100-000 | 13,170.00 | 5,001.97 | 5,001.97 | 804.53 |
| 5 | Canals & Trails Credit Union | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 7 | Dr. Ahsan & Assoc. | 7100-000 | NA | 425.00 | 425.00 | 68.36 |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 0.00 | 1,369.22 | 1,369.22 | 220.23 |
| 8 | Sher Ahsan Niazi Md | 7100-000 | 124.00 | 123.20 | 123.20 | 19.81 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $ 23,830.00 | $ 29,048.27 | $ 29,048.27 | $ 1,843.97 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-28793 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson, Trustee |
| Case Name: | Gregory Perez | | | | Date Filed (f) or Converted (c): | 08/24/2015 (f) |
| | | | | | 341(a) Meeting Date: | 09/21/2015 |
| For Period Ending: | 01/12/2018 | | | | Claims Bar Date: | 07/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Residence: 3004 Prairie Path Lane Joliet, Illinois 60435 | 170,833.00 | 0.00 | | 0.00 | FA |
| 2.  Condominium: 2034 Manico Court Unit 100 Crest Hill, Il 60403 | 105,811.00 | 0.00 | | 0.00 | FA |
| 3.  Cash On Hand | 100.00 | 0.00 | | 0.00 | FA |
| 4.  Checking Account With Chase Bank | 702.88 | 0.00 | | 0.00 | FA |
| 5.  Canals & Trails Credit Union Savings Account | 300.00 | 0.00 | | 236.21 | FA |
| 6.  Miscellaneous Household Goods And Furnishings | 1,600.00 | 0.00 | | 0.00 | FA |
| 7.  Miscellaneous Clothing, Shoes And Accessories | 1,000.00 | 0.00 | | 0.00 | FA |
| 8.  2007 Hyundai Elantra W/ 136,000 Miles | 4,000.00 | 0.00 | | 0.00 | FA |
| 9.  2012 Harley Fatboy Low W/ 5,000 Miles Debtor Will Surrender | 13,000.00 | 0.00 | | 0.00 | FA |
| 10. 2015 Dodge Caravan W/ 5,000 Miles | 27,000.00 | 0.00 | | 0.00 | FA |
| 11. Anticipated Tax Refund For 2015 Tax Year (u) | 0.00 | 0.00 | | 3,346.00 | FA |
| 12. IL Tax Refund 2015 (u) | 0.00 | 0.00 | | 244.48 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $324,346.88   $0.00   $3,826.69   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is seeking turnover of Illinois state tax refund and monies in bank accounts

Initial Projected Date of Final Report (TFR): 10/25/2017   Current Projected Date of Final Report (TFR): 01/10/2018

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-28793 | Trustee Name: Cindy M. Johnson, Trustee |
| Case Name: Gregory Perez | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0231 |
| | Checking |
| Taxpayer ID No: XX-XXX8136 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/12/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/23/16 | 11 | United States Treasury<br>P.O. Box 51320<br>Philadelphia, PA 19115-6320 | 2015 Tax Refund | 1224-000 | $3,346.00 | | $3,346.00 |
| 03/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,336.00 |
| 04/28/16 | 101 | Gregory Perez<br>3004 PRAIRIE PATH LANE<br>JOLIET, IL  60435 | Tax Refund<br>post-petition portion of the tax refund | 8500-002 | | $1,204.56 | $2,131.44 |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,121.44 |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,111.44 |
| 06/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,101.44 |
| 07/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,091.44 |
| 08/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,081.44 |
| 09/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,071.44 |
| 10/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,061.44 |
| 11/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,051.44 |

Page Subtotals:  $3,346.00    $1,294.56

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-28793 | Trustee Name: Cindy M. Johnson, Trustee |
| Case Name: Gregory Perez | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0231 |
| | Checking |
| Taxpayer ID No: XX-XXX8136 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/12/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/27/16 | | Alexis N Perez -Gregory Perez | Bank Account and Tax Refund<br>1. Nonexempt Monies in the canals bank account on the date of filing in the amount of $236.21<br>2. The estate's share of the 2015 Illinois Tax Refund which is $244.48 (the estate is entitled to 235/365 or 64% of the #382.00 refund).<br>The estate is entitled to $480.69 | | $480.69 | | $2,532.13 |
| | | | Gross Receipts    $480.69 | | | | |
| | 5 | | Canals & Trails Credit Union Savings Account    $236.21 | 1129-000 | | | |
| | 12 | | IL Tax Refund 2015    $244.48 | 1224-000 | | | |
| 12/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,522.13 |
| 01/31/17 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,512.13 |
| 02/21/17 | 102 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | 2017 Blanket Bond | 2300-000 | | $0.79 | $2,511.34 |
| 02/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,501.34 |
| 05/15/17 | 103 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $655.53 | $1,845.81 |
| 05/15/17 | 104 | Clerk, U.S. Bankruptcy Court | Remit to Court | 2200-001 | | $1.84 | $1,843.97 |
| 05/15/17 | 105 | Canals & Trails Credit Union<br>201 East 9Th St.<br>Lockport, Il 60441 | Final distribution to claim 3 representing a payment of 16.08 % per court order. | 7100-000 | | $731.04 | $1,112.93 |

Page Subtotals:    $480.69    $1,419.20

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 15-28793 |
| Case Name: | Gregory Perez |
| Taxpayer ID No: | XX-XXX8136 |
| For Period Ending: | 01/12/2018 |

| | |
|---|---|
| Trustee Name: | Cindy M. Johnson, Trustee |
| Bank Name: | BOK Financial |
| Account Number/CD#: | XXXXXX0231 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/15/17 | 106 | Canals & Trails Credit Union<br>201 East 9Th St.<br>Lockport, Il 60441 | Final distribution to claim 4 representing a payment of 16.08 % per court order. | 7100-000 | | $804.53 | $308.40 |
| 05/15/17 | 107 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 6 representing a payment of 16.08 % per court order. | 7100-000 | | $220.23 | $88.17 |
| 05/15/17 | 108 | Dr. Ahsan & Assoc.<br>C/O Collection Professionals Inc.<br>723 First St.<br>Lasalle, Il 61301 | Final distribution to claim 7 representing a payment of 16.08 % per court order. | 7100-000 | | $68.36 | $19.81 |
| 05/15/17 | 109 | Sher Ahsan Niazi Md<br>C/O Collection Professionals Inc.<br>723 First St.<br>Lasalle, Il 61301 | Final distribution to claim 8 representing a payment of 16.08 % per court order. | 7100-000 | | $19.81 | $0.00 |
| 05/17/17 | 104 | Clerk, U.S. Bankruptcy Court | Remit to Court Reversal incorrectly written to court rather than Cindy Johnson | 2200-000 | | ($1.84) | $1.84 |
| 05/17/17 | 110 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Check re-cut due to distribution error<br>check 104 was meant to be paid to Cindy and not to bankruptcy court | 2200-000 | | $1.84 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $3,826.69 | $3,826.69 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,826.69 | $3,826.69 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,826.69 | $3,826.69 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $1,112.93 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0231 - Checking | $3,826.69 | $3,826.69 | $0.00 |
| | $3,826.69 | $3,826.69 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,826.69 |
| Total Gross Receipts: | $3,826.69 |

Page Subtotals:  $0.00  $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*